UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY SAM LADD,
    Plaintiff,

vs.                                    Case No.:  3:25cv462/LAC/ZCB

ABIGAIL ABED,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 30, 2025. (Doc. 7). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all filings, Amended Civil Claim (doc 8) and Notice (doc 9), which maybe considered to be objections.

Having considered the Report and Recommendation, and any filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this order.

2. This action is **DISMISSED without prejudice** as a malicious abuse of the judicial process under 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 2nd day of June, 2025.

                                *s/L.A. Collier*
                                **LACEY A. COLLIER**
                                **SENIOR UNITED STATES DISTRICT JUDGE**